PER CURIAM.
Affirmed. As to Point I, see Tibbs v. State, 397 So.2d 1120, 1123 (Fla.1981), aff'd, 457 U.S. 31, 102 S.Ct. 2211, 72 L.Ed. 652 (1982); Jackson v. Virginia, 443 U.S. *467 307, 319, 99 S.Ct. 2781, 2789, 61 L.Ed. 560 (1979). As to Point II, see Treverrow v. State, 194 So.2d 250, 252 (Fla.1967); Spataro v. State, 179 So.2d 873, 879 (Fla.2d DCA 1965). As to Point III, see Brown v. State, 229 So.2d 898, 899 (Fla.2d DCA 1969).
RYDER, C.J., and HOBSON and BOARDMAN, JJ., concur.